**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7198**

———————

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

LUIS HERNANDEZ-ESPINOZA, a/k/a Raphael Lopez, a/k/a Rafael
Lopez,

               Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Dever, III,
Chief District Judge.  (7:09-cr-00112-D-1)

———————

Submitted:  December 17, 2015     Decided:  December 22, 2015

———————

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Luis Hernandez-Espinoza, Appellant Pro Se.  Timothy Severo, OFFICE
OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Hernandez-Espinoza appeals from the district court order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. See U.S. Sentencing Guidelines Manual § 4B1.1(b) (2009). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED